# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**VINCENT LOWE,**

    **Plaintiff,**

    v.

**DONALD ASH, et al.,**

    **Defendants.**

Case No. 16-3233-JAR-JPO

## ORDER TO SHOW CAUSE

On September 25, 2017, Defendants Donald Ash, Jonathan Cortes, and Brian Tucker filed a Motion to Dismiss (Doc. 20). Any response to Defendants' motion to dismiss was due on October 16, 2017.

Plaintiff failed to timely respond. Local Rule 7.4(b) provides that a party or attorney who does not timely file a response brief waives the right to later file such a brief and that the court will decide such motions as unopposed and usually grant them without further notice. Plaintiff is therefore directed to show cause in writing, on or before November 13, 2017, why Defendants' motion should not be granted as unopposed. Plaintiff shall also file any response to Defendants' motion by November 13, 2017. If Plaintiff fails to respond to this order, or to file a response as directed, the Court will consider Defendants' motion as unopposed as described in D. Kan. Rule 7.4(b).

**IT IS SO ORDERED.**

Dated: October 30, 2017

                                                          s/ Julie A. Robinson  
                                                          JULIE A. ROBINSON  
                                                          UNITED STATES DISTRICT JUDGE